IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Abdur Raheem Muhammad,      :
            Appellant      :
     :
       v.      :      No. 2116 C.D. 2015
     :
Arthur Carl Schwotzer; Gregg A.      :
Schwotzer and the Estate of      :
Gregg A. Schwotzer (Deceased);      :
W. Reid Howe; Ryan Schwotzer;      :
Damian Winchel; Anna Mason;      :
Jinada Rochelle; Christine E. Rice;      :
JoAnn L. Edwards; Stephen A.      :
Glassman; Arberdella White-Davis;      :
James D. Holt; Homer C. Floyd;      :
Tom Corbett; Edward G. Rendell;      :
Crossgates Management      :
Incorporated d/b/a Swissvale Towers      :
Association; Pennsylvania Human      :
Relations Commission; Pennsylvania      :
Housing Finance Agency and the      :
Commonwealth of Pennsylvania      :

# **O R D E R**

NOW, March 27, 2017, having considered appellant's application for reargument, the application is denied.

---
MARY HANNAH LEAVITT,
President Judge